# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

DAVID W. MALLEY                                                PLAINTIFF

v.                             4:04CV00696 GH/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered accordingly.

DATED this 27 day of July, 2005.

                                                        /s/ George Howard, Jr.
                                                  UNITED STATES DISTRICT JUDGE