# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

DAVID W. MALLEY                                                     PLAINTIFF

v.                            4:04CV00696 GH/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                DEFENDANT

## **JUDGMENT**

IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27 day of July, 2005.

                                                             George Howard, Jr.
                                                             UNITED STATES DISTRICT JUDGE