**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DAVID W. MALLEY                                                                              PLAINTIFF

v.                                         NO. 4:04CV00696 GH/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

This recommended disposition has been submitted to United States District Judge George

Howard, Jr.  The parties may file specific written objections to these findings and recommendations

and must provide the factual or legal basis for each objection.  An original and one copy of the

objections must be filed with the Clerk no later than eleven (11) days from the date of the findings

and recommendations.  A copy must be served on the opposing party.  The District Judge, even in

the absence of objections, may reject these findings and recommendations in whole or in part.

## RECOMMENDED DISPOSITION

Pending before the Court is Plaintiff's Motion for Allowance of Attorney's Fee Pursuant to

the Equal Access to Justice Act ("EAJA"), along with a Memorandum in Support and Affidavit

(docket entries #17, #18 and #19).  Defendant has filed a Response (docket entry #22), and the

matter has been referred to this Court for recommended disposition (docket entry #20).  For the

reasons set forth herein, the Court recommends that the Motion be granted.

On July 20, 2004, Plaintiff filed this action challenging the decision of an Administrative

Law Judge ("ALJ") that denied him social security benefits (docket entry #2). On July 27, 2005, the

Court entered an Order and Judgment (docket entries #15 and #16) that remanded the case to the

ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On October 6, 2005, Plaintiff's attorney, Mr. Michael C. Angel, filed a Motion for Allowance of Attorney's Fee seeking payment under the EAJA.  In this Motion, Mr. Angel seeks payment for 16.70 hours of work performed by him at the hourly rate of $125.00 ($2,087.50).  The Commissioner does not contest Plaintiff's entitlement to an award of attorney's fees under the EAJA and asserts that she has no objection to the amount requested by Plaintiff's attorney (docket entry #22).

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust.  28 U.S.C. § 2412(d)(1)(A).  A claimant who wins a sentence four remand order, such as the one entered in this case (docket entry #15), is a prevailing party entitled to EAJA fees.  *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, the Court recommends that Plaintiff's attorney receive a total award of $2,087.50.

IT IS THEREFORE RECOMMENDED that Plaintiff's Motion for Allowance of Attorney's Fee Pursuant to the EAJA (docket entry #17) be GRANTED.

IT IS FURTHER RECOMMENDED that the Commissioner certify and pay to Mr. Michael C. Angel, attorney for Plaintiff, $2,087.50 as attorney's fees, pursuant to the EAJA.

DATED this 23rd day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE