IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID W. MALLEY                                                               PLAINTIFF

V.                    NO. 4:04CV00696 GH/JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Allowance of Attorney's Fee Pursuant to the Equal Access to Justice Act (docket entry #17) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Michael C. Angel, attorney for Plaintiff, $2,087.50 as attorney's fees, pursuant to the EAJA.

DATED this 2nd day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE